**DE CASTRO LAW GROUP, P.C.**
José-Manuel A. de Castro (State Bar No. 213769)
   *jmdecastro@decastrolawgroup.com*
Lori V. Minassian (State Bar No. 223542)
   *lminassian@decastrolawgroup.com*
9000 W. Sunset Boulevard, Suite 450
Los Angeles, California 90069
Telephone:   (310) 270-9877
Facsimile:   (310) 341-2330

Attorneys for Defendant Windsor Convalescent
& Rehabilitation Center of Concord, LLC, dba
Windsor Manor Convalescent & Rehabilitation
Center of Concord

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. BOOKER,<br><br>   Plaintiff,<br><br>v.<br><br>WINDSOR MANOR CONVALESCENT & REHABILITATION OF CONCORD,<br><br>   Defendant. | Case No. CV 12 1336 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER COMPELING ARBITRATION AND STAYING ACTION** |

///
///
///
///
///
///
///
///
///

1

Plaintiff, Brenda Booker, and Defendant, Windsor Convalescent & Rehabilitation Center of Concord, LLC, dba Windsor Manor Convalescent & Rehabilitation Center of Concord, by and through their respective undersigned counsel, hereby stipulate, agree, and jointly request that the Court enter an order, pursuant to Section 2 of the Federal Arbitration Act:

1. Compelling the parties to submit all claims and causes of action in this matter to binding arbitration pursuant to the valid and binding written pre-dispute arbitration agreement entered into by the parties; and

2. Staying this matter for all purposes pending a motion by Plaintiff or Defendant to confirm or vacate an award entered into in connection with an arbitration of the claims in this matter, or a request, by Plaintiff, for dismissal of this matter.

Dated: April 3, 2012                LAW OFFICE OF FRANK E. MAYO

                                    By: /s/_____
                                        Frank E. Mayo
                                    Attorneys for Plaintiff, Brenda Booker


Dated: April 3, 2012                DE CASTRO LAW GROUP, P.C.

                                    By: /s/_____
                                        José-Manuel A. de Castro
                                    Attorneys for Defendant Windsor Convalescent &
                                    Rehabilitation Center of Concord, LLC, dba Windsor
                                    Manor Convalescent & Rehabilitation Center of
                                    Concord

**SO ORDERED:**

  Date: April 12, 2012             _____
                                    United [Judge Maria-Elena James]

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 9000 W. Sunset Boulevard, Suite 450, Los Angeles, California 90069.

On April ___, 2012, I served the foregoing document described as: on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

|  |  |
|--|--|
|  |  |

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 9000 W. Sunset Boulevard, Suite 450, Los Angeles, California 90069.  The envelope was mailed with postage thereon fully prepaid.
I am "readily familiar" with my office's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a copy of the original document to the listed facsimile numbers, as noted below the address for said addressee(s).

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the listed addressee(s), as noted below the address for said addressee(s).

☒ (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April ___, 2012, at Los Angeles, California.

_____