1  FRANK E. MAYO (BAR NO. 42972)
   LAW OFFICE OF FRANK E. MAYO
2  5050 El Camino Real, Suite 228
3  Los Altos, CA 94022
   Telephone (650) 964-8901
4
   Attorney for Plaintiff Brenda Booker
5
   JOSE-MANUEL A. de CASTRO (BAR NO. 213769)
6  DE CASTRO LAW GROUP, P.C.
   9000 W. SUNSET Boulevard, Ste. 450
7  Los Angeles, CA 90069
8  Telephone: (310) 270-9877

9  Attorneys for Defendant Windsor Convalescent
   & Rehabilitation Center of Concord, LLC
10 dba Windsor Manor Convalescent &
   Rehabilitation Center of Concord
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. BOOKER, ) | Case No. CV 12 1336 MEJ |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **FOR DISMISSAL WITH** |
| ) | **PREJUDICE PURSUANT** |
| WINDSOR MANOR CONVALESCENT & ) | **TO FRCP 41(A)(1)** |
| REHABILITATION OF CONCORD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by the parties to this action, through their designated counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41 (a)(1), each party to bear its own fees and costs. This stipulation and order and the

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE   1
PURSUANT TO FRCP 41(A)(1)

1  dismissal with prejudice shall not constitute or be deemed an admission of any kind by either
2  party regarding the merits of this action.

Dated: June 8, 2012   FRANK E. MAYO
                      ATTORNEY AT LAW


      /S/   Frank E. Mayo
Frank E. Mayo, Attorney for Plaintiff
BRENDA D. BOOKER


Dated: June 11, 2012   DE CASTRO LAW GROUP, P.C.


By: /S/  Jose-Manuel de Castro
Attorneys for Defendant Windsor Convalescent
& Rehabilitation Center of Concord, LLC
dba Windsor Manor Convalescent &
Rehabilitation Center of Concord


IT IS SO ORDERED:

Dated:    June 25, 2012

_____
UNITED STATES MAGISTRATE JUDGE
Judge Maria-Elena James

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE    2
PURSUANT TO FRCP 41(A)(1)